THE PEOPLE OF STATE OF NEW YORK ex rel. MILTON THOMPSON, Appellant, v RONALD W. MOSCICKI, as Superintendent of Lakeview Correctional Facility, Respondent. [816 NYS2d 397]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), entered February 24, 2004 in a proceeding pursuant to CPLR article 70. The judgment, among other things, dismissed the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.